

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellants

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

Delivered and Filed: February 12, 2020

DISMISSED

Appellants PlainsCapital Bank and Albert Chapa filed a motion to dismiss, requesting that this court dismiss their appeal. The motion states that the parties have resolved all claims between them relating to the facts underlying this appeal and that performance pursuant to a written settlement is complete. The motion also states that the parties have conferred and that appellee does not oppose the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM